514

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GERALD WORMLEY, Defendant-Appellant.

(No. 58699;

First District (2nd Division)—September 18, 1973.

PER CURIAM.
HAYES, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Ira Churgin, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and William K. Hedrick, Assistant State's Attorneys, of counsel,) for the People.

THOMAS PERRICONE, a Minor, by CHARLOTTE PERRICONE, His Mother and Next Friend, Plaintiff-Appellant, *v.* CONNIE DiBARTOLO, Defendant-Appellee.

(No. 56017;

First District (3rd Division)—September 20, 1973.